No. A–668 (85–1468). WOODS v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA (JONES, REAL PARTY IN INTER-

EST). Ct. App. Cal., 1st App. Dist. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.